JUDGE TORRES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :
                                 :     **SEALED INDICTMENT**
LLAMAR LAWRENCE,                 :
ROMARIO BURKE, and               :     16 Cr.  **16 CRIM 076**
RENAIR MARTIN,                   :
                                 :
        Defendants.              :
                                 :
- - - - - - - - - - - - - - - - x

ORIGINAL

## COUNT ONE

The Grand Jury charges:

1.  On or about January 22, 2014, in the Southern District of New York, LLAMAR LAWRENCE, ROMARIO BURKE, and RENAIR MARTIN, the defendants, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, a conspiracy to distribute and possess with intent to distribute mixtures and substances containing a detectable amount of cocaine base, commonly referred to as "crack," knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/16

abet the use, carrying, and possession of firearms, which were brandished.

(Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2.)

_____          _____
FOREPERSON                                PREET BHARARA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LLAMAR LAWRENCE,
ROMARIO BURKE, and
RENAIR MARTIN,

Defendants.

SEALED INDICTMENT

16 Cr.

(18 U.S.C. § 924(c))

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.